IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN RENNER,<br><br>  Plaintiffs,<br><br>vs.<br><br>MICHAEL POLISH, BRING ON THE DANCING HORSES, LLC, a Montana Limited Liability Company, and MAKE PICTURES, LLC, a California Limited Liability Company,<br><br>  Defendants. | CV-21-30-BU-BMM<br><br>**ORDER** |

Defendants move for the admission of David B. Jonelis to practice before this Court in this case. Mr. Jonelis's application appears to be in order.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' motion to admit Mr. Jonelis *pro hac vice* is **GRANTED** on the condition that *pro hac vice* counsel shall do his own work. This means that Mr. Jonelis must do his own writing; sign his own pleadings, motions, and briefs; and spear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's office.

**IT IS FURTHER ORDERED** that this Order is subject to withdrawal unless Mr. Jonelis, within fifteen (15) days of the date of this Order, files an acknowledgment of his admission under the terms set forth above.

Dated this 14th day of May, 2021.

_____
Brian Morris, Chief District Judge
United States District Court