# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **JOHN RENNER,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL POLISH, BRING ON THE DANCING HORSES, LLC, a Montana Limited Liability Company, and MAKE PICTURES, LLC, a California Limited Liability Company**,<br><br>Defendants. | Case No.: CV-21-30-BU-BMM<br><br><br>**ORDER** |

Upon Counsel's foregoing motion and with good cause appearing, Counsel for the Defendants, Mr. Jonelis, may appear remotely at the Discovery Hearing in this matter on September 30, 2021.

Counsel will coordinate with the Clerk of Court.

DATED this 21st day of September, 2021.

_____
John Johnston
United States Magistrate Judge

ORDER